1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  KENDRA G. BERTSCHY
   Certified Student Attorney
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   SAMUEL C. BLACK
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) Case No. 2:12-CR-0007-GGH
                                   )
13              Plaintiff,         ) STIPULATION AND ORDER VACATING
                                   ) THE TRIAL CONFIRMATION HEARING
14      v.                         ) AND JURY TRIAL DATE AND SETTING A
    SAMUEL C. BLACK,               ) STATUS CONFERENCE HEARING AND
15                                 ) EXCLUDING TIME
                Defendant.         )
16                                 ) DATE:  April 30, 2011
   _____) TIME:  9:00 a.m.
17                                 ) JUDGE: Hon. Gregory G. Hollows

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, ALEX LOZADA, Special Assistant United States

20  Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

21  Federal Defender, attorney for SAMUEL C. BLACK, and Certified Student

22  Attorney, KENDRA G. BERTSCHY, that the Trial Confirmation Hearing date

23  of March 12, 2012 at 9:00 p.m. and the Jury Trial date of March 26,

24  2012 at 9:00 p.m. be vacated.  It is also stipulated that the matter be

25  rescheduled for a Status Conference Hearing on April 30, 2012 at 9:00

26  p.m.

27       The Prosecution has agreed to pretrial diversion and the parties

28  are in the process of negotiating the terms of the agreement.  Pretrial

1  services has been notified and agrees with the proposed date for the

2  Status Conference Hearing.  Pretrial services needs time to be able to

3  interview Mr. Black, write a report, and create the pretrial diversion

4  agreement.  The parties further agree that the time should be excluded

5  from the date of this [Proposed] Order until the Status Conference

6  Hearing which is set for April 30, 2012, pursuant to 18 U.S.C. Section

7  § 3161(h)(7)(A)(iv) and Local Code T4 (reasonable time to prepare).

8  The interests of justice served by granting this continuance outweigh

9  the best interests of the public and the defendant in a speedy trial.

10  18 U.S.C. § 3161(h)(7)(A)(iv)11.

11

12  Dated: March 9, 2012                    Respectfully submitted,

13                                          DANIEL J. BRODERICK
                                            Federal Defender
14

15                                          /s/ Rachelle Barbour for
                                            LINDA C. HARTER
16                                          Chief Assistant Federal Defender
                                            Attorney for Defendant
17                                          SAMUEL C. BLACK

18                                          /s/ Kendra G. Bertschy
                                            KENDRA G. BERTSCHY
19                                          Certified Student Attorney

20  Dated: March 9, 2012                    BENJAMIN B. WAGNER
                                            United States Attorney
21

22                                          /s/ Alex Lozada
                                            ALEX LOZADA
23                                          Special Assistant U.S. Attorney
                                            Attorney for Plaintiff
24
                                    **O R D E R**
25
    IT IS SO ORDERED.
26
    Dated: <u>March 12, 2012</u>
27
                                            /s/ Gregory G. Hollows
28                                          UNITED STATES MAGISTRATE JUDGE